IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID EARL LITTLE                                                    PETITIONER
ADC #116681

V.                        NO. 5:14CV00183-DPM-JTR

RAY HOBBS, Director,                                                 RESPONDENT
Arkansas Department of Correction

### ORDER

Petitioner, currently incarcerated at the Ouachita River Correctional Unit in Malvern, Arkansas, brings this *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus. *Doc. #2*. The Petition challenges three convictions and sentences arising out of the Circuit Court of Washington County, Arkansas.

District courts are limited to granting habeas relief "within their respective jurisdictions." 28 U.S.C. § 2241(a). When a prisoner is challenging a state conviction arising out of a state with more than one federal judicial district, a federal habeas petition may be filed in the district court for the district where the prisoner is in custody, or for the district where he was convicted and sentenced. *Id.* § 2241(d). One district court, in the exercise of discretion and in furtherance of justice, may transfer a habeas petition to the other district for determination. *Id.*; *see also* 28 U.S.C. §

1404(a), 1406(a).

Petitioner's place of confinement and the state court where he was convicted and sentenced are located in the Western District of Arkansas. Thus, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas for determination.

IT IS THEREFORE ORDERED THAT the Clerk of the Court immediately transfer Petitioner's entire case file to the United States District Court for the Western District of Arkansas.

DATED THIS 23rd DAY OF May, 2014.

                                                                                   UNITED STATES MAGISTRATE JUDGE