IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


DAVID EARL LITTLE                                        PETITIONER

    V.                          Civil No. 14-6071

RAY HOBBS, Director of the
Arkansas Department of Correction                        RESPONDENT


O R D E R

On this 28th day of October 2014, there comes on for consideration the report and recommendation filed in this case on October 9, 2014, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 16).  No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Little's 28 U.S.C. § 2254 petition is hereby DISMISSED WITH PREJUDICE as it was not timely filed and is otherwise without merit.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)